

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Brandon Leotta Rutt, Appellant

No. 06-24-00074-CR     v.

The State of Texas, Appellee

Appeal from the 485th District Court of Tarrant County, Texas (Tr. Ct. No. 1774274). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Brandon Leotta Rutt, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 5, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk